# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWILA DENISE BRACY,<br><br>    Plaintiff,<br> v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. SA CV 16-01887 VBF (AFM)<br><br>**ORDER**<br>**Adopting Report & Recommendation**<br><br>**Affirming the Commissioner and Directing Entry of Final Judgment** |

   This matter came before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge. Plaintiff has not filed any objections to the R&R within the time allotted. Having reviewed the case file and the applicable law, the Court finds no defect of law, fact, or logic in the R&R. Accordingly, the Court **ADOPTS** the R&R and rules in favor of the Commissioner of Social Security. The Court will enter a separate final judgment of affirmance.

Dated: January 10, 2018          _____
                        VALERIE BAKER FAIRBANK
                        SENIOR U.S. DISTRICT JUDGE