# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWILA DENISE BRACY,<br><br>　　　　　Plaintiff-Appellant,<br>　　v.<br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant-Appellee. | Case No. SA CV 16-01887 VBF (AFM)<br><br>**JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Adopting the United States Magistrate Judge's Report and Recommendation, **it is hereby adjudged that the decision of the Commissioner of Social Security on Twila Denise Bracy's claim is AFFIRMED.**

Dated: January 10, 2018

*Valerie Baker Fairbank*

　　VALERIE BAKER FAIRBANK
　　SENIOR U.S. DISTRICT JUDGE